AO-10
Rev. 1 2001

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

*Report Required by the Ethics in Government Act of 1978,
(5 U.S.C. App., §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ANDERSEN, WAYNE R. | U.S. DISTRICT COURT, NDIL | 04/15/2005 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. DISTRICT COURT JUDGE | 5. ReportType (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>01/01/2004 to 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address<br>219 South Dearborn Street, Suite 1486 , Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| Director | Rehabilitation Institute of Chicago |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| x NONE (No reportable agreements.) | |
| Co-Author | I have an agreement with James Publishing Company to co-author a book about federal civil practice before trial. The book is not yet published so no royalties have yet been paid. |
| | |
| | |

*[stamp: FINANCIAL DISCLOSURE OFFICE — 2005 APR 20 A 11: 03 — RECEIVED]*

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| | ▇ is employed and receives a salary. | $ |
| | | $ |
| | | $ |
| | | $ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| X NONE (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| NONE (No such reportable gifts.) | | |
| Union League Club, Chicago, Illinois | I am a member of this club. The privilege is available to any federal judge. I pay $55.00 per month in dues and | $ 1,860.00 |
| | pay for all purchases, such as meals. Monthly dues for regular members are $210.00. | $ |
| Buckingham Club, Chicago, Illinois | I am a member of this club. The privilege is available to any federal judge. Monthly dues are $155.00. I pay for | $ 1,860.00 |
| | all purchases, such as meals. | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- |
| X NONE (No reportable liabilities.) | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Wayne R. Andersen | Date of Report<br>04/15/2005 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, | | | | | | | | | |
| 1 Checking Acct. Glenview State Bank | A | Interest | J | T | | | | | |
| 2 Anheuser Busch common stock | A | Dividend | K | T | | | | | |
| 3 IL Judges Retirement Sys. Pension Vested | E | Annuity | K | T | | | | | |
| 4 IL Judges Retirement Sys. Pension Vested | | None | L | T | | | | | |
| 5 IL State Employees Retirement Vested | | None | J | T | | | | | |
| 6 U.S. Savings Bond | | None | L | T | | | | | |
| 7 U.S. Savings Bond | | None | J | T | | | | | |
| 8 Deferred compensation, State of Illinois | | None | L | T | | | | | |
| 9 Motorola Inc. common stock (IRA) | A | Dividend | J | T | | | | | |
| 10 Service Master Corp. common stock | A | Dividend | K | T | | | | | |
| 11 MBNA Corp. common stock | A | Dividend | L | T | | | | | |
| 12 American Century 20th Mutual Funds | A | Dividend | L | T | | | | | |
| 13 US Bancorp (IRA) | A | Dividend | K | T | | | | | |
| 14 Jones Lang LaSalle common stock (IRA) | A | Dividend | L | T | | | | | |
| 15 EMC Corp. common stock (IRA) | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 16 EMC Corp. common stock | A | Dividend | J | T | | | | | |
| 17 Checking account BankOne | A | Interest | J | T | | | | | |
| 18 Starbucks Corp. common stock (IRA) | A | Dividend | K | T | | | | | |
| 19 Pixar Inc. common stock (IRA) | A | Dividend | L | T | | | | | |
| 20 Janus Mutual Funds | A | Dividend | K | T | | | | | |
| 21 Intermune Pharmaceuticals common stock (IRA) | A | Dividend | J | T | | | | | |
| 22 Family Dollar Stores (IRA) | A | Dividend | J | T | | | | | |
| 23 Baxter Int'l, Inc., common stock (IRA) | A | Dividend | | | Sold | 3/31 | J | A | |
| 24 Amazon.com, Inc., conv. rate 4.75% due 2/1/09 (IRA) | B | Interest | J | T | Redeemed $5,000.00 | 2/26 | J | A | |
| 25 West Point Bank Checking Account | A | Interest | J | T | | | | | |
| 26 CMS Energy Corp. common stock (IRA) | A | Dividend | | | Sold | 3/5 | J | A | |
| 27 Nuveen Preferred Income Fund (IRA) | A | Dividend | J | T | | | | | |
| 28 Northwestern Mutual Life Policies | A | Dividend | K | T | | | | | |
| 29 Astrazenece PLC (IRA) | A | Dividend | | | Sold | 11/19 | K | A | |
| 30 Chicos Fas Inc. (IRA) | A | Dividend | K | T | Sold ■■■■ | 11/30 | J | D | |
| 31 Marvel Enterprises, Inc. (IRA) | A | Dividend | K | T | Sold ■■■■ | 3/2 | J | C | |
| 32 Weight Watchers, Intl. Inc. (IRA) | A | Dividend | K | T | | | | | |
| 33 Stericycle Inc. (IRA) | A | Dividend | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 Nuveen Investments Class A (IRA) | A | Dividend | K | T | Buy | 3/5 | K | | |
| 35 Guitar Center Inc. (IRA) | A | Dividend | K | T | Buy | 3/5 | K | | |
| 36 Unistar.com, Inc. | A | Dividend | J | T | Buy | 3/31 | J | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

UBS Financial Services, Inc. is the custodian of my IRA account. UBS Financial Services, Inc. and R.T. Jones Equities, Inc. invest cash on hand in accounts held in their name in money market funds, which, we believe, they choose and manage.

Section VII   Investments and Trust continued.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date _9/05/05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544